**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-6413

FRANKLIN C. SMITH,

Plaintiff - Appellant,

v.

U.S. DISTRICT COURT JUDGE MARK S. DAVIS, District Judge; WILLIAM B. TRAXLER, JR., Chief Circuit Judge; J. HARVIE WILKINSON, III, Circuit Judge; PAUL V. NIEMEYER, Circuit Judge; BARBARA MILANO KEENAN, Circuit Judge; DIANA GRIBBON MOTZ, Circuit Judge; SAMUEL W. PHILLIPS, Judicial Council Member,

Defendants – Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:13-cv-00043-RAJ-TEM)

Submitted: May 6, 2013                    Decided: June 11, 2013

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Franklin C. Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Franklin C. Smith appeals the district court's order dismissing under 28 U.S.C. § 1915A(b) (2006) his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smith v. Davis, No. 2:13-cv-00043-RAJ-TEM (E.D. Va. Feb. 8, 2013). We deny Smith's motion to transfer venue. See Bolin v. Story, 225 F.3d 1234, 1238-39 (11th Cir. 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED